1030

[No. 32645-1-II. Division Two. August 8, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS BRYAN CHASE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01180-6, Jill M. Johanson, J., entered December 8, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[Nos. 32682-5-II; 33162-4-II. Division Two. August 8, 2006.]

JOHN EVERETT, *Appellant*, v. ROSS LAY, *Respondent*.

BELL CONSUMERS, INC., *Appellant*, v. ROSS LAY, *Respondent*, RUNAR DEAN JOHNSON ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Clallam County, Nos. 01-2-00582-3 and 06-1-00856-1, Kenneth D. Williams and George L. Wood, JJ., entered December 27, 2004, and April 13, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 32782-1-II. Division Two. August 8, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LEE MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03344-0, Ronald E. Culpepper, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 32795-3-II. Division Two. August 8, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB RANDALL SCHRADER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00660-9, Leila Mills, J., entered January 24, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Armstrong, JJ.